IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 05-3095-01-CR-S-RED |
| | ) |
| ROBERT LEE CAVINS, JR., | ) |
| | ) |
| Defendant. | ) |

## ORDER

NOW before the Court are pro se Defendant's Affidavit of Researched Evidence (Doc. 41) and Motion to Dismiss (Doc. 43) and the Government's Responses (Docs. 42, 44). United States Magistrate Judge James C. England entered his Report and Recommendation (Doc. 45), recommending that Defendant's Motion to Dismiss be denied. Defendant has filed no response to the Report and Recommendation and the time period in which to do so has now passed.

Upon review the Court **ADOPTS** and incorporates as its own Opinion and Order the Magistrate's Report and Recommendation. Accordingly, and for the reasons articulated by the Magistrate in the Report and Recommendation (Doc. 45) it is hereby

ORDERED that Defendant's Motion to Dismiss (Doc. 43) is **DENIED.**

**IT IS SO ORDERED**.

DATE:    August 30, 2006        */s/ Richard E. Dorr*
                                RICHARD E. DORR, JUDGE
                                UNITED STATES DISTRICT COURT